# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KENNETH KING ,

        Petitioner,

    v.

FEDERAL BUREAU OF PRISONS and
HARRY G. LAPIN, DIRECTOR,

        Respondents.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-097-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

---

**THERESA M. OWENS**
_____
Theresa M. Owens, Clerk

_____
    /s/ M. Hardin
**by Deputy Clerk**

___4/4/08_____
**Date**